UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: INTRAMTA SWITCHED ACCESS
CHARGES LITIGATION                                                          MDL No. 2587

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 16, 2014, the Panel transferred 26 civil action(s) to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable Sidney A Fitzwater.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Fitzwater.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of December 16, 2014, and, with the consent of that court, assigned to the Honorable Sidney A Fitzwater.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 30, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: INTRAMTA SWITCHED ACCESS
CHARGES LITIGATION                                                                                          MDL No. 2587

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 14–01961 | MCI Communications Services Incorporated et al v. Arizona Telephone Company et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 14–06965 | MCI Communications Services, Inc. et al v. Mpower Communications Corp et al |
| CAC | 2 | 14–09092 | CenturyLink Communications, LLC v. Verizon California Inc. |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 14–01257 | Sprint Communications Company L.P. v. Pacific Bell Telephone Company et al |
| CAE | 2 | 14–02070 | MCI Communications Services, Inc., et al. v. Pac–West Telecomm, Inc., et al. |
| **COLORADO** | | | |
| ~~CO~~ | ~~1~~ | ~~14–01659~~ | ~~Sprint Communications Company L.P. v. Level 3 Communications, LLC et al~~ |
| **CONNECTICUT** | | | |
| CT | 3 | 14–00802 | Sprint Communications Company, L.P. v. Southern New England Telephone Co et al |
| CT | 3 | 14–01289 | MCI Communications Services, Inc. et al v. Charter Fiberlink – Michigan, LLC et al |
| **DELAWARE** | | | |
| ~~DE~~ | ~~1~~ | ~~14–00743~~ | ~~Sprint Communications Company L.P. v. Verizon Maryland LLC et al~~ |
| ~~DE~~ | ~~1~~ | ~~14–01298~~ | ~~Sprint Communication Company LP v. Bright House Networks Information Services (Alabama) LLC et al~~ |
| DE | 1 | 14–01439 | |

|  |  |  | CenturyLink Communications LLC v. Verizon Delaware LLC et al |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 14–02955 | Centurylink Communications, LLC v. Verizon Florida, LLC |
| **ILLINOIS CENTRAL** | | | |
| ILC | 2 | 14–02104 | Sprint Communications Company LP v. Illinois Bell Telephone Company et al |
| ILC | 2 | 14–02232 | Sprint Communications Company v. Surewest Telephone et al |
| ILC | 3 | 14–03255 | Sprint Communications v. Surewest Kansas |
| **IOWA NORTHERN** | | | |
| IAN | 3 | 14–03028 | Sprint Communications Company, LP v. Butler–Bremer Mutual Telephone Company et al |
| IAN | 3 | 14–03052 | MCI Communications Services, Inc et al v. Breda Telephone Corp et al |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 14–00202 | Sprint Communications, L.P. v. Citizens Mutual Telephone Cooperative et al |
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 14–00615 | MCI Communications Services, Inc. et al v. Brandenburg Telephone Company et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 14–12087 | Sprint Communications Company L.P. v. Michigan Bell Telephone Company et al |
| MIE | 2 | 14–13464 | MCI Communications Services, Inc. et al v. Clear Rate Communications, Inc. et al |
| **MICHIGAN WESTERN** | | | |
| MIW | 1 | 14–00565 | Sprint Communications Company, LP v. ACE Telephone Company of Michigan, Inc. et al |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 14–00850 | Sprint Communications Company L.P. v. Southwestern Bell Telephone Company et al |
| MOE | 4 | 14–01529 | MCI Communications Services, Inc. et al v. Big River Telephone Company, LLC et al |
| **MISSOURI WESTERN** | | | |

| | | | |
|---|---|---|---|
| MOW | 5 | 14–06049 | Sprint Communications Company L.P. v. K.L.M. Telephone Company et al |

**NEBRASKA**

| | | | |
|---|---|---|---|
| NE | 4 | 14–03181 | MCI Communications Services, Inc. et al v. Arlington Telephone Company et al |

**NEVADA**

| | | | |
|---|---|---|---|
| NV | 2 | 14–00905 | Sprint Communications Company L.P. v. Nevada Bell Telephone Company et al |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 2 | 14–05573 | MCI COMMUNICATIONS SERVICES, INC. et al v. ALLEGIANCE TELECOM OF NEW JERSEY et al |
| NJ | 2 | 14–07318 | CENTURYLINK COMMUNICATIONS, LLC v. VERIZON NEW JERSEY, INC. et al |

**NEW YORK NORTHERN**

| | | | |
|---|---|---|---|
| NYN | 1 | 14–01103 | MCI Communications Services, Inc. et al v. Berkshire Telephone Corporation et al |

**NEW YORK SOUTHERN**

| | | | |
|---|---|---|---|
| NYS | 1 | 14–03453 | Sprint Communications Company, L.P. v. Verizon New England, Inc. et al |
| NYS | 1 | 14–07188 | MCI Communications Services, Inc. et al v. Alteva of Warwick LLC et al |
| NYS | 1 | 14–09376 | Centurylink Communications, LLC v. Verizon New England Inc. et al |

**NORTH DAKOTA**

| | | | |
|---|---|---|---|
| ND | 3 | 14–00088 | MCI Communications Services, Inc. et al v. 360Networks (USA) Inc. et al |
| ~~ND~~ | ~~4~~ | ~~14–00065~~ | ~~Sprint Communications Company, L.P. v. Dakota Central Telecommunications Cooperative, Inc. et al~~ |

**OHIO SOUTHERN**

| | | | |
|---|---|---|---|
| ~~OHS~~ | ~~2~~ | ~~14–00610~~ | ~~Sprint Communications Company L.P. v. Chillicothe Telephone Company et al~~ |
| ~~OHS~~ | ~~2~~ | ~~14–01457~~ | ~~MCI Communications Services, Inc. et al v. The Chillicothe Telephone Company et al~~ |

**PENNSYLVANIA WESTERN**

| | | | |
|---|---|---|---|
| PAW | 1 | 14–00240 | MCI COMMUNICATIONS SERVICES, INC. et al v. ARMSTRONG TELECOMMUNICATIONS, INC. et al |

**SOUTH DAKOTA**

| | | | |
|---|---|---|---|
| ~~SD~~ | ~~4~~ | ~~14−04099~~ | ~~Sprint Communications Company, L.P. v. Alliance Communications Cooperative, Inc. et al~~ |
| ~~SD~~ | ~~4~~ | ~~14−04139~~ | ~~MCI Communications Services, Inc. et al v. Alliance Communications Cooperative, Inc. et al~~ |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 | 14−01604 | CenturyLink Communications, LLC v. Verizon South, Inc. et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 14−00741 | Sprint Communications Company LP v. Wisconsin Bell Inc et al |

WISCONSIN WESTERN

| | | | |
|---|---|---|---|
| WIW | 3 | 14−00464 | Sprint Communications Company, L.P. v. Amherst Telephone Company et al |
| WIW | 3 | 14−00667 | Sprint Communications Company L.P. v. The Stoutland Telephone Company |

Case MDL No. 2587   Document 332   Filed 12/30/14   Page 5 of 5
Case 3:14-cv-04547-D   Document 26   Filed 12/30/14   Page 5 of 5   PageID 417